409 A.2d 857

**Ronald K. BARTO et al., Appellees,**

**v.**

**John A. FELIX, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1979.

Decided Jan. 18, 1980.

Peter Campana, Williamsport, for appellant.

Gary M. Lightman, Barry J. Peffley, Harrisburg, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.